Plaintiff,                                    NO. DC-96-11965
vs.                                           Amended Judgment
MANUEL F. BEAN,                               and Commitment
Defendant.

On June 19, 2000, the defendant was sentenced to five (5) years in the Montana State Prison.

On November 2, 2000, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Alice Kennedy. The state was not represented.

The Defendant having been duly informed of the amended judgment and commitment, and having waived his right to appear before the undersigned for this pronouncement of sentence, whereupon,

IT IS ORDERED, ADJUDGED AND DECREED that the sentence is amended to a five (5) year commitment to the Department of Corrections. It is the Board's recommendation that when the Department of Corrections determines that the defendant is qualified for community corrections placement, that the defendant be considered for placement at the Connections Corrections Program in Butte, Montana.

DATED this 8th day of December, 2000.

Hon. Ted L. Mizner, District Court Judge.

STATE OF MONTANA,
Plaintiff,                                    NO. CR-94-40
vs.                                           Decision
TRACY R. CRAIG,
Defendant.

On November 16, 1994, the defendant was sentenced to forty (40) years in the Montana State Prison.

On November 2, 2000, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Deirdre Caughlan. The state was represented by Carlo Canty.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 2nd day of November, 2000.

DATED this 27th day of November, 2000.

Chairman, Hon. Jeffrey H. Langton; Member, Hon. Marge Johnson and Member, Hon. David Cybulski.